**Order entered June 2, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01141-CR

**JEREMY JOHN SANDERSFELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

On March 18, 2014, this Court struck the *Anders* brief filed by counsel because the record was not complete and the brief did not comply with the requirements of *Anders v. California*. We ordered that the record be supplemented with the reporter's record of April 5, 2011 plea hearing, as well as the records of any other hearings. We further ordered that counsel file either an amended *Anders* brief or a brief raising issues on the merits within sixty days. On March 24, 2014, we received the record of the April 5, 2011 hearing, and on March 28, 2014, we received a letter from court reporter Janet Dugger stating that no other hearings were recorded. To date, however, we have not received either an amended *Anders* brief or a brief raising issues on the merits.

Accordingly, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
       JUSTICE